Argued and submitted June 10, affirmed September 30, 1992

In the Matter of the Compensation of
Ciriaco Sosa, Claimant.

Ciriaco SOSA,
*Petitioner,*

*v.*

BLUE HERON FARMS
and SAIF Corporation,
*Respondents.*

(89-18144; CA A71347)

838 P2d 627

Edward J. Harri, Salem, argued the cause for petitioner. With him on the brief were Michael B. Dye and Brad G. Garber, Salem.

Thomas E. Ewing, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Zurita v. Canby Nursery*, 115 Or App 330, 838 P2d 625 (1992).